HENRY HENTZ, Appellant, *v.* THEODORE A. HAVEMEYER et al., Respondents.

*Hentz* v. *Havemeyer*, 58 App. Div. 36, affirmed.
(Argued June 26, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1901, affirming a judgment in favor of defendants entered

upon a dismissal of the complaint by the court at a Trial Term.

, *Barclay E. V. McCarty*, *William D. Guthrie* and *Jared G. Baldwin*, *Jr.*, for appellant.

*John E. Parsons* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.